**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RICHARD DELON DAY, JR.
ADC #88100                                                                                              PLAINTIFF

V.                                         5:05CV00189 JMM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                          DEFENDANTS

**ORDER**

Plaintiff, who is currently incarcerated at the East Arkansas Regional Unit of the Arkansas Department of Correction ("ADC"), has filed a "Declaration to Establish Certain Facts with the Court and with the Court Clerks." *See* docket entry #5. In that document, Plaintiff contends that Exhibits G(3) through J(7) were not included in the filed-stamped copy of the Complaint that he received from the Clerk's office. Accordingly, the Court will direct the Clerk to send Plaintiff copies of those exhibits.

Plaintiff also alleges that the Clerk's office has not properly returned to him the filing fees that were collected in *Day v. Correctional Medical Services;* 5:05CV00033 WRW/JTR, which is a different § 1983 action Plaintiff commenced in this district.[1] Plaintiff asks that the money owed to him in Case 5:05CV00033 be applied toward the filing fee in this action.

The Clerk's Office has orally informed the Court that they are in the process of returning to Plaintiff the remainder of the fees that were collected in connection with Case 5:05CV00033, and

---

[1] On July 6, 2005, the Court: (1) denied Plaintiff's request to consolidate Case 5:05CV00033 with Case 5:05CV00384; (2) dismissed 5:05CV00033, with prejudice, so that Plaintiff could amend the Complaint he filed in Case 5:05CV00384; and (4) ordered the Clerk's office to refund to Plaintiff all filing fees that were collected in Case 5:05CV00033. *See Day v. Correctional Medical Services;* 5:05CV00033 WRW/JTR, docket entry #18.

thus, it is too late to apply those funds toward the filing fee in this action. If Plaintiff does not in fact receive the return of those funds within thirty days of the entry of this Order, he should file an appropriate Motion in 5:05CV0033 WRW/JTR, and not this case.

IT IS THEREFORE ORDERED THAT the Clerk shall send Plaintiff copies of Exhibits G(3) through J(7), which are attached to the Complaint (docket entry #1).

Dated this 18th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE