IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD DELON DAY, JR.
ADC #88100                                                                                                    PLAINTIFF

V.                                            5:05CV00189 JMM/JTR

LARRY MAY, Deputy Director,
Arkansas Department of Correction, et al.                                                      DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendants Food Service Administrator John Doe #1 and ADC Dietician John Doe #2 are DISMISSED, WITHOUT PREJUDICE, due to a lack of service pursuant to Fed. R. Civ. P. 4(m).

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommended Partial Disposition would not be taken in good faith.

Dated this   14   day of   August  , 2007.

*[signature]*
UNITED STATES DISTRICT JUDGE