**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

RICHARD DELON DAY, JR.
ADC #88100                                                                                              PLAINTIFF

V.                                      5:05CV00189 JMM/JTR

LARRY MAY, Deputy Director,
Arkansas Department of Correction, et al.                                              DEFENDANTS

**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's July 27, 2007 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this   5   day of   September, 2007.

                                                                    /s/ James M. Moody
                                                                    UNITED STATES DISTRICT JUDGE